# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROSS STORES, INC., *et al.*, <br><br> Defendants. | Case No. 2:18-cv-10251-DSF-AFM <br> *Hon. Dale S. Fischer Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action, subject to any obligations of defense or indemnity among or between Defendants.

IT IS SO ORDERED.

Date: May 28, 2019

_____
Dale S. Fischer
United States District Judge